| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 05-00099-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* CR 07-445 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Obina Onyiah 805 St. Christopher Lane Philadelphia, Pennsylvania 19116 | DISTRICT New Jersey | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE Joseph H. Rodriguez | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM July 19, 2007 | TO July 18, 2010 |

OFFENSE

Counts 1, 2, 3, and 4: Bank Robbery By Force or Violence.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

July 31, 2007
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/6/07
*Effective Date*

*United States District Judge*