# United States District Court

for the

Eastern District of Pennsylvania

FILED
JUN 23 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

U.S.A. vs. <u>Obina Onyiah</u>

Case No. <u>2:07CR00445-01</u>

## Petition on Supervised Release

COMES NOW <u>Jeremy W. Carrion</u> U. S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of <u>Obina Onyiah</u> who was placed on <u>supervised release</u> by the Honorable <u>Joseph H. Rodriguez</u> sitting in the Court at <u>Camden</u>, NJ on the <u>6th</u> day of <u>July, 2005</u> who fixed the period of supervision at <u>three years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

<u>ORIGINAL OFFENSE:</u>   Bank robbery by force or violence (Counts One through Four).

<u>ORIGINAL SENTENCE:</u>   The defendant was sentenced to the custody of the United States Bureau of Prisons for a term of 37 months on each of the Counts One through Four to be served concurrently with credit for time already served. Following release, the defendant was placed on supervised release for a term of three years on each of the counts One through Four to run concurrently. A $400.00 special assessment was imposed and due immediately.

<u>SPECIAL CONDITIONS:</u>   1) The defendant shall not possess a firearm or destructive device; 2) The defendant shall provide the U.S. Probation Office with full disclosure of his financial records to include yearly income tax returns upon request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful monthly statements of his income; 3) The defendant is prohibited from incurring any new credit charges or opening additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with a payment schedule for any restitution obligation. The defendant shall not encumber or liquidate interest in any assets unless it is in direct service of the restitution obligation or otherwise has the express approval of the Court; and 4) The defendant shall pay restitution in the amount of $73, 237.72 in monthly installments of no less than $200.00 to commence within 30 days after release from confinement.

RE: Obina Onyiah
Case No. 2:07CR00445-01

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. Onyiah's supervised release is due to expire on July 18, 2010, with an outstanding restitution obligation. To date, Mr. Onyiah has paid a total of $1,025.00 toward the Court ordered restitution of $73,273.72, leaving a balance of $72,248.72. Mr. Onyiah is currently residing at his mother's residence located at 805 Christopher Lane Philadelphia, PA 19116. In early January 2010 Mr. Onyiah was laid-off by his employer (Steak and Hoagie Factory). While employed, Mr. Onyiah made regular payments toward his restitution. As of this writing, Mr. Onyiah remains unemployed and has been placed on weekly reporting. In addition to weekly reporting, Mr. Onyiah has resumed his community service hours per Court order. Mr. Onyiah will continue to adhere to the above-mentioned conditions until the term of supervision release expires.

Although Mr. Onyiah is unemployed, there have been significant efforts made by the offender to re-join the work force. As such, we ask that no violative action be pursued at this time.

On June 21, 2010, this officer contacted the Financial Litigation Unit of the U.S. Attorney's Office and updated them on the status of this case. The obligation to pay restitution shall continue after the defendant concludes his period of supervision with the U.S. Attorney's Office taking collection action as deemed necessary.

**PRAYING THAT THE COURT WILL ORDER...**   THAT THE DEFENDANT'S SUPERVISED RELEASE IMPOSED ON JULY 6, 2005, BE ALLOWED TO TERMINATE ON ITS NATURAL EXPIRATION DATE OF JULY 18, 2010, WITH THE OUTSTANDING RESTITUTION BALANCE REMAINING.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

Thomas S. Adamczyk
Supervising U.S. Probation Officer

Place Philadelphia, PA
Date June 21, 2010

JWC/
cc: US Attorney's Financial Litigation Unit

ORDER OF THE COURT

Considered and ordered this 22
day of ___ 20__ and ordered filed and made part of the records in the above case.
U. S. District Court Judge